No. 2343.   MILLER *v.* MONK.   November Term, 1888.   Judgment by a trial justice on an open account for goods furnished, affirmed by the Circuit Court (Aldrich, J.), was appealed to this court on exceptions which alleged error only in the findings of fact below.   *Held*, that this court was without jurisdiction. OPINION by MR. CHIEF JUSTICE SIMPSON, February 6, 1889. *W. A. Williams*, for appellant.   *T. O. Monk*, contra.

No. 2346.   LATIMER *v.* MAHAFFEY.   November Term, 1888. This case was the same as *Latimer* v. *Sullivan, ante* 111, in so far as the demurrer to the counter-claim and the motion to refer, were involved; and the rulings upon those points in that case were adopted as the decision of this.   Judgment of Circuit Court (Norton, J.) affirmed.   OPINION by MR. CHIEF JUSTICE SIMPSON, February 8, 1889.   *Perry & Heyward*, for appellants. *Irwine & Mooney*, contra.